UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CST, INC., by Thomas A. Mowatt, as a shareholder of CST, Inc., and THOMAS A. MOWATT, individually, ) ) ) ) | |
| Plaintiffs, ) ) | 3:05-cv-2-RLY-WGH |
| vs. ) ) | |
| JOSEPH FISHMAN and MORDECHAI FISHMAN ) ) ) | |
| Defendants. ) ) | |
| FISHMAN ENGINEERING LTD., MCST USA LTD., and TRANSCEDAR INDUSTRIES LTD., USA d/b/a MOTORAD OF AMERICA, ) ) ) ) ) | |
| Plaintiffs/Counter Defendants, ) ) | |
| vs. ) ) | |
| THOMAS A. MOWATT, ) ) | |
| Defendant/Counterclaimant. ) | |

**ORDER ON PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF CLAIM WITHOUT PREJUDICE and DEFENDANTS' CROSS MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs CST,

Inc., and Thomas A. Mowatt move to dismiss without prejudice the shareholder

1

derivative action initiated by Mr. Mowatt in Count I of Plaintiffs' Complaint, as Mr. Mowatt is no longer an individual shareholder in CST.  In response, Defendants filed a Cross Motion for Judgment on the Pleadings.  Defendants contend the derivative action should be dismissed with prejudice.

Indiana Code § 23-1-32-1 provides that a derivative proceeding "may not be maintained if it appears that the person commencing the proceeding does not fairly and adequately represent the interests of the shareholders in enforcing the right of the corporation."  Only a current shareholder of a corporation may maintain a shareholder derivative action.  *Union Ins. Co. v. Meridian Ins. Group, Inc.*, 137 F.Supp.2d 1096, 1108 (S.D. Ind. 2001) ("[A] person ordinarily loses standing to pursue a derivative action when he or she ceases to own shares in the corporation.").

Because Mr. Mowatt is not a current shareholder, he may not maintain a shareholder derivative suit.  Plaintiffs' assertion that "[Mr.] Mowatt may be able to pursue a derivative claim against the Fishmans at a later date" is speculative at best.  Accordingly, Plaintiffs' motion to dismiss Count I of Plaintiffs' Complaint is dismissed with prejudice.  Plaintiffs' Motion for Partial Dismissal of Claim Without Prejudice is **DENIED**, and Defendants' Cross Motion for Judgment on the Pleadings is **GRANTED**.

**SO ORDERED** this  2nd   day of November 2005.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD L. YOUNG, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Electronic Copies to:

Jeffrey W. Ahlers
KAHN DEES DONOVAN & KAHN
ahlers@k2d2.com

Thomas J. Costakis
KRIEG DEVAULT, LLP
tcostakis@kdlegal.com

Michael E. DiRienzo
KAHN DEES DONOVAN & KAHN
miked@k2d2.com

Jason L. Fulk
HOOVER HULL BAKER & HEATH LLP
jfulk@hooverhull.com

Andrew W. Hull
HOOVER HULL BAKER & HEATH LLP
awhull@hooverhull.com

Alan N. Shovers
KAHN DEES DONOVAN & KAHN
alansh@k2d2.com

Greg A. Small
KRIEG DEVAULT
gs@kdlegal.com